1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
   JOYCE R. BRANDA
6  JULLIA CALLAHAN
   Department of Justice
7  Civil Division
   Commercial Litigation Branch
8  P. O. Box 261
   Benjamin Franklin Station
9  Washington, D.C. 20044
   Telephone: (202) 616-0291
10
   Attorneys for the United States of America
11

**FILED**

**MAY 10 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**SEALED**

12             UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
13

14 UNITED STATES OF AMERICA ex rel.  )   2:09-CV-03617-FCD-EFB
   [UNDER SEAL],                     )
15                                   )   [PROPOSED] ORDER ON
              Plaintiffs,            )   UNITED STATES' *EX PARTE*
16                                   )   APPLICATION TO PARTIALLY
        vs.                          )   LIFT SEAL
17                                   )
   [UNDER SEAL],                     )
18                                   )   **FILED UNDER SEAL**
              Defendants.            )
19                                   )
   _____)
20

1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
   ADAM SCHWARTZ
6  Department of Justice
   Civil Division
7  Commercial Litigation Branch
   P. O. Box 261
8  Benjamin Franklin Station
   Washington, D.C. 20044
9  Telephone: (202) 514-6831
   Fax: (202) 514-0280
10

11 Attorneys for the United States of America

12
                    UNITED STATES DISTRICT COURT FOR THE
13                     EASTERN DISTRICT OF CALIFORNIA

14
   UNITED STATES OF AMERICA, and the )   2:09 - CV - 03617 FCD EFB
15 STATES OF ARKANSAS, CALIFORNIA, )
   DELAWARE, DISTRICT OF          )     [PROPOSED] ORDER ON UNITED
16 COLUMBIA, FLORIDA, GEORGIA,    )     STATES' *EX PARTE* APPLICATION
   HAWAII, ILLINOIS, INDIANA,     )     TO PARTIALLY LIFT SEAL
17 LOUISIANA, MASSACHUSETTS,      )
   MICHIGAN, MONTANA, NEVADA,     )
18 NEW HAMPSHIRE, NEW JERSEY,     )     FILED UNDER SEAL
   NEW MEXICO, NEW YORK,          )
19 OKLAHOMA, RHODE ISLAND,        )
   TENNESSEE, TEXAS, VIRGINIA, and )
20 WISCONSIN ex rel. JOHN DOE,    )
                                  )
21          Plaintiffs,           )
        vs.                       )
22                                )
   BIOTRONIK, INC. and WESTERN    )
23 MEDICAL, INC.,                 )
                                  )
24          Defendants.           )
                                  )
25 _____  )
                                  )
26                                )

27 ///

28 ///

1     Upon consideration of the United States' *ex parte* Application for a Partial Lifting of the
2 Seal, and for good cause shown,

3     IT IS HEREBY ORDERED that at the discretion of the United States, the United States
4 may disclose the allegations raised by Relators and provide a copy of the complaint and any
5 amended complaints subsequently filed to (1) relators and their counsel in other *qui tam* actions
6 against defendant Biotronik which may be pending in other federal judicial districts, and (2)
7 courts in which such matters are or may be pending.

8     IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under
9 seal, except insofar as that seal has been partially lifted by this Court.

10     IT IS SO ORDERED.

12 DATE: 5/10/10

HONORABLE FRANK C. DAMRELL, JR.
United States District Judge

- 2 -