# SEALED

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., )<br>**[UNDER SEAL],** )<br>                              )<br>            Plaintiffs,    )<br>                              )<br>    vs.                       )<br>                              )<br>**[UNDER SEAL],**        )<br>                              )<br>            Defendants.  )<br>                              )<br>_____) | 2:09 - CV - 03617 FCD EFB<br><br>**ORDER ON UNITED STATES'** *EX PARTE*<br>**APPLICATION**<br>**TO PARTIALLY LIFT SEAL**<br><br>**FILED IN CAMERA AND UNDER SEAL**<br>**[31 U.S.C. § 3730(B)(2)]**<br>**[Exempt from ECF]** |

1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
   ADAM SCHWARTZ
6  Department of Justice
   Civil Division
7  Commercial Litigation Branch
   P. O. Box 261
8  Benjamin Franklin Station
   Washington, D.C.  20044
9  Telephone: (202) 514-6831
   Fax: (202) 514-0280
10
11 Attorneys for the United States of America

12
              UNITED STATES DISTRICT COURT FOR THE
13                EASTERN DISTRICT OF CALIFORNIA

14
   UNITED STATES OF AMERICA, and the  )   2:09 - CV - 03617 FCD EFB
15 STATES OF ARKANSAS, CALIFORNIA,    )
   DELAWARE, DISTRICT OF              )   **ORDER ON UNITED STATES'** *EX PARTE*
16 COLUMBIA, FLORIDA, GEORGIA,        )   **APPLICATION**
   HAWAII, ILLINOIS, INDIANA,         )   **TO PARTIALLY LIFT SEAL**
17 LOUISIANA, MASSACHUSETTS,          )
   MICHIGAN, MONTANA, NEVADA,         )
18 NEW HAMPSHIRE, NEW JERSEY, NEW)        FILED UNDER SEAL
   MEXICO, NEW YORK, OKLAHOMA,        )
19 RHODE ISLAND, TENNESSEE, TEXAS,    )
   VIRGINIA, and WISCONSIN ex rel. MAX)
20 BENNETT,                           )
                                      )
21          Plaintiffs,               )
             vs.                      )
22                                    )
   BIOTRONIK, INC. and WESTERN        )
23 MEDICAL, INC.,                     )
                                      )
24          Defendants.               )
                                      )
25 _____     )

26 ///

27 ///

28 ///

- 2 -

Upon consideration of the United States' *ex parte* Application for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose the allegations raised by Relator and/or provide a copy of the complaint and any amended complaints subsequently filed to: (1) defendant Biotronik, Inc.; (2) defendant Western Medical, Inc.; and (3) the arbitrator presiding over an employment dispute between Relator and Biotronik, Inc.;

IT IS FURTHER ORDERED that the United States shall advise the arbitrator presiding over an employment dispute between Relator and Biotronik, Inc., of the sealed nature of these proceedings and that its existence shall not be further disseminated; and

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

DATE: September 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE