1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, and the | No. CIV.S-09-3617 FCD EFB |
| 9  STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, | |
| 10  FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, | |
| 11  MASSACHUSETTS, MICHIGAN MONTANA, NEW JERSEY, NEW | **RELATED CASE ORDER** |
| 12  MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, | |
| 13  VIRGINIA, and WISCONSIN, ex rel. JOE DOE, | <span style="color:red">**FILED UNDER SEALED**</span> |

14                  Plaintiffs,

15          v.

16  BIOTRONIK, INC. and WESTERN
    MEDICAL, INC.,
17
                    Defendants.
18  _____/

19  UNITED STATES OF AMERICA, and the          No. CIV.S-10-1273 WBS KJM
    STATES OF CALIFORNIA, NEVADA,
20  CONNECTICUT, DELAWARE,
    FLORIDA, GEORGIA, HAWAII,
21  ILLINOIS, INDIANA, LOUISIANA,
    MICHIGAN, MASSACHUSETTS,
22  MONTANA, NEW JERSEY, NEW
    MEXICO, NEW YORK, NORTH
23  CAROLINA, OKLAHOMA, RHODE
    ISLAND, TENNESSEE, TEXAS,
24  VIRGINIA, WISCONSIN, THE DISTRICT
    OF COLUMBIA, ex rel. MAX BENNETT,
25
                    Plaintiffs,
26
            v.
27
    BIOTRONIK, INC. and WESTERN
28  MEDICAL, INC,

                    Defendants.
    _____/

1   Examination of the above-entitled actions reveals that they are related within the meaning

2   of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the

3   same or similar claims, the same property transaction or event, similar questions of fact and the

4   same questions of law, and would therefore entail a substantial duplication of labor if heard by

5   different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect

6   a substantial savings of judicial effort and is also likely to be convenient for the parties.

7   The parties should be aware that relating the cases under Local Rule 123 merely has the

8   result that these actions are assigned to the same judge; no consolidation of the actions is

9   effected.  Under the regular practice of this court, related cases are generally assigned to the

10  judge and magistrate judge to whom the first filed action was assigned.

11  IT IS THEREFORE ORDERED that the action denominated CIV. S-10-1273 WBS KJM

12  is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan

13  for all further proceedings.  Any dates currently set in this reassigned case <u>only</u> are hereby

14  VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown

15  as: **CIV. S-10-1273 FCD EFB**.

16  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

17  assignment of civil cases to compensate for this reassignment.

18  IT IS SO ORDERED.

19  DATED:  January 6, 2011

20

21  FRANK C. DAMRELL, JR.

22  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2