```
BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
ADAM J. SCHWARTZ
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6831
Fax: (202) 514-0280
```

**SEALED**

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, AND WISCONSIN, ex rel. JOHN DOE RELATOR,<br><br>Plaintiffs,<br>vs.<br><br>BIOTRONIK, INC. AND, WESTERN MEDICAL, INC.,<br><br>Defendants. | 2:09 - CV - 03617 KJM EFB<br><br>ORDER ON UNITED STATES' FOURTH REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE <u>QUI TAM</u> COMPLAINT<br><br>FILED UNDER SEAL |

ORDER ON UNITED STATES' FOURTH
REQUEST FOR AN EXTENSION OF TIME TO
DECIDE WHETHER TO INTERVENE AND EXTENSION
OF THE SEAL ON THE <u>QUI TAM</u> COMPLAINT       1

Upon consideration of the United States' *ex parte* application for an extension of the seal period and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as follows:

1. The United States and plaintiff states shall have through and including March 23, 2012, to notify the Court of their respective decisions on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court; and

3. The status (pretrial scheduling) conference shall be set for a time after the United States and plaintiff states notify the Court of their respective decisions on whether to intervene in this action

IT IS SO ORDERED.

DATE: October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER ON UNITED STATES' FOURTH REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT      2