1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
6  JOYCE R. BRANDA
   JAMIE ANN YAVELBERG
7  ADAM J. SCHWARTZ
   Department of Justice
8  Civil Division
   Commercial Litigation Branch
9  P. O. Box 261
   Benjamin Franklin Station
10 Washington, D.C.  20044
   Telephone: (202) 514-6831
11 Fax: (202) 514-0280

12 Attorneys for the United States of America

13

14              UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF CALIFORNIA
15
   UNITED STATES OF AMERICA; THE )   2:09 - CV - 03617 KJM EFB
16 STATES OF ARKANSAS,           )
   CALIFORNIA, DELAWARE,         )   ORDER ON UNITED STATES' *EX*
17 DISTRICT OF COLUMBIA,         )   *PARTE* APPLICATION
   FLORIDA, GEORGIA, HAWAII,     )   TO PARTIALLY LIFT SEAL
18 ILLINOIS, INDIANA, LOUISIANA, )
   MICHIGAN, MASSACHUSETTS,      )
19 MONTANA, NEVADA, NEW          )   FILED UNDER SEAL
   HAMPSHIRE, NEW JERSEY, NEW    )
20 MEXICO, NEW YORK, OKLAHOMA,   )
   RHODE ISLAND, TENNESSEE,      )
21 TEXAS, VIRGINIA, AND          )
   WISCONSIN, ex rel. JOHN DOE   )
22 RELATOR,                      )
                                 )
23          Plaintiffs,          )
                                 )
24      vs.                      )
                                 )
25 BIOTRONIK, INC. AND, WESTERN  )
   MEDICAL, INC.,                )
26                               )
            Defendants.          )
27 _____)

28

                              1

1    Upon consideration of the United States' *ex parte* Application for

2    a Partial Lifting of the Seal, and for good cause shown,

3    IT IS HEREBY ORDERED that at the discretion of the United States,

4    the United States may disclose the allegations raised by Relator

5    and/or provide a copy of the complaint and any amended complaints

6    subsequently filed to: (1) any state which may be named as a plaintiff

7    in any case against the defendants regarding the use of financial or

8    other incentives in the marketing and sale of cardiac rhythm

9    management devices; or (2) any state which has an interest in

10   investigating the allegations of this case or any other matter against

11   the defendants regarding the use of financial or other incentives in

12   the marketing and sale of cardiac rhythm management devices.

13   IT IS FURTHER ORDERED that the Complaint and all other filings

14   shall remain under seal, except insofar as that seal has been

15   partially lifted by this Court.

16   IT IS SO ORDERED.

17

18   DATE:  November 7, 2011.

19

20   _____

21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2