1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
6  JOYCE R. BRANDA
   ADAM J. SCHWARTZ
7  Department of Justice
   Civil Division
8  Commercial Litigation Branch
   P. O. Box 261
9  Benjamin Franklin Station
   Washington, D.C.  20044
10 Telephone: (202) 514-6831
   Fax: (202) 514-0280
11
   Attorneys for the United States of America
12
                    UNITED STATES DISTRICT COURT FOR THE
13
                       EASTERN DISTRICT OF CALIFORNIA
14
15 UNITED STATES OF AMERICA; THE )  2:09 - CV - 03617 KJM EFB
   STATES OF ARKANSAS,           )
16 CALIFORNIA, DELAWARE,         )  ORDER ON UNITED STATES' FIFTH
   DISTRICT OF COLUMBIA,         )  REQUEST FOR AN EXTENSION OF TIME
17 FLORIDA, GEORGIA, HAWAII,     )  TO DECIDE WHETHER TO INTERVENE
   ILLINOIS, INDIANA, LOUISIANA, )  AND EXTENSION OF THE SEAL ON THE
18 MICHIGAN, MASSACHUSETTS,      )  QUI TAM COMPLAINT
   MONTANA, NEVADA, NEW          )
19 HAMPSHIRE, NEW JERSEY, NEW    )
   MEXICO, NEW YORK, OKLAHOMA,   )  FILED UNDER SEAL
20 RHODE ISLAND, TENNESSEE,      )
   TEXAS, VIRGINIA, AND          )
21 WISCONSIN, ex rel. JOHN DOE   )
   RELATOR,                      )
22                               )
23          Plaintiffs,          )
         vs.                     )
24                               )
   BIOTRONIK, INC. AND, WESTERN  )
25 MEDICAL, INC.,                )
                                 )
26          Defendants.          )
   _____)
27
28

ORDER ON UNITED STATES' FIFTH
REQUEST FOR AN EXTENSION OF TIME TO
DECIDE WHETHER TO INTERVENE AND EXTENSION
OF THE SEAL ON THE QUI TAM COMPLAINT        1

1   Upon consideration of the United States' *ex parte* application for
2 an extension of the seal period and continuance of the scheduling
3 conference, and for good cause shown, the Court hereby rules as
4 follows:

5   1.  The United States and plaintiff states shall have through and
6 including July 24, 2012, to notify the Court of their respective
7 decisions on whether to intervene in this action;

8   2.  The complaint and all other filings shall remain under seal
9 until the United States notices its election, or until further order
10 of this Court; and

11   3.  The status (pretrial scheduling) conference shall be set for
12 a time after the United States and plaintiff states notify the Court
13 of their respective decisions on whether to intervene in this action

15   IT IS SO ORDERED.
16 DATE: April 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

ORDER ON UNITED STATES' FIFTH
REQUEST FOR AN EXTENSION OF TIME TO
DECIDE WHETHER TO INTERVENE AND EXTENSION
OF THE SEAL ON THE *QUI TAM* COMPLAINT      2