
# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, AND WISCONSIN, ex rel. JOHN DOE RELATOR, <br><br> Plaintiffs, <br> vs. <br><br> BIOTRONIK, INC. AND, WESTERN MEDICAL, INC., <br><br> Defendants. | 2:09 - CV - 03617 KJM EFB <br><br> ORDER ON UNITED STATES' SEVENTH REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT <br><br> FILED UNDER SEAL |

Upon consideration of the United States' ex parte application for an extension of the seal period and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as follows:

1. The United States and plaintiff states shall have through and including July 24, 2013, to notify the Court of their respective decisions on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court; and

3. The status (pretrial scheduling) conference shall be set for a time after the United States and plaintiff states notify the Court of their respective decisions on whether to intervene in this action

In the event the United States and plaintiff states seek further extension of the seal period, they shall submit a more detailed justification than provided to date, which the court will scrutinize carefully.  *Cf. U.S. ex. rel. Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997) (explaining that the public has an interest in open court records and the period during which the government may keep the complaint sealed was not intended to be indefinite).

IT IS SO ORDERED.

DATED: January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE