UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, AND WISCONSIN, ex rel. JOHN DOE RELATOR,<br><br>                Plaintiffs,<br><br>vs.<br><br>BIOTRONIK, INC. AND, WESTERN MEDICAL, INC.,<br><br>                Defendants. | Case No. 2:09-CV-03617 KJM EFB<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES, NEVADA, AND RELATOR<br><br>FILED UNDER SEAL<br><br>**SEALED** |

Upon consideration of the Stipulation of Dismissal of the *qui tam* Complaint, filed by the United States, Nevada and Relator, it is hereby ORDERED that the qui tam Complaint is dismissed. Pursuant to and in accordance with the terms and conditions of the respective Settlement Agreements, the dismissal shall be with prejudice to Relator; with respect to the United States and Nevada, the dismissal shall be with prejudice to the extent of the Covered Conduct, as that term is defined in the Federal and Nevada Settlement Agreements respectively and otherwise without prejudice to the United States and Nevada.

IT IS SO ORDERED.

DATE: June 5, 2014.

_____
UNITED STATES DISTRICT JUDGE