UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 6, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

### JUDGMENT IN A CIVIL CASE

John Doe, Relator

                v.        CASE NUMBER: 2:09-CV-3617 KJM EFB

Biotronik, Inc., et al

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JUNE 5, 2014.**

                                                    Victoria C. Minor,
                                                    Clerk of the Court

ENTERED:   June 6, 2014                       by: /s/ L. Reader, Deputy Clerk