1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA;            No.  2:09-cv-03617-KJM-EFB
     THESTATES OF ARKANSAS,
12   CALIFORNIA,DELAWARE, FLORIDA,
     GEORGIA,HAWAII, ILLINOIS,
13   INDIANA,LOUISIANA,                    ORDER
     MICHIGAN,MASSACHUSETTS,
14   MONTANA,NEVADA, NEW
     HAMPSHIRE, NEWJERSEY, NEW
15   MEXICO, NEW YORK,OKLAHOMA,
     RHODE ISLAND,TENNESSEE, TEXAS,
16   VIRGINIA, ANDWISCONSIN, AND
     THE DISTRICT OFCOLUMBIA, ex rel.
17   JOHN DOE, Relator,

18              Plaintiffs,

19         v.

20   BIOTRONIK, INC. and WESTERN
     MEDICAL, INC.,
21
                Defendants.
22

23

24         On June 5, 2014, upon consideration of the stipulation to dismiss filed by the

25   United States, Nevada and Relator, the court issued an order dismissing the qui tam complaint.

26

27                                      1

1    ECF No. 69.  On September 26, 2014, Kershaw, Cutter & Ratinoff, LLP (KCR) filed a motion

2    for reasonable attorneys' fees and unreimbursed costs, noticing a hearing for November 7,

3    2014.  ECF No. 80.  On October 21, Biotronik filed an ex parte application for an extension of

4    time and to continue the hearing.  ECF No. 81.  Biotronik opposed this motion on October 22,

5    2014.  ECF No. 82.

6              In its ex parte application, Biotronik reported its understanding that an additional

7    party, Mychal Wilson, will file a motion for reasonable attorneys' fees, Ex Parte App. 2, ECF

8    No. 81, and proposed a briefing and hearing schedule based on a January 30, 2015 hearing date,

9    *id.* at 4.  Other than as reported by Biotronik, Mychal Wilson has not filed a motion or

10   otherwise confirmed his intent to do so.  In its opposition, KCR contends the requested

11   extension would only multiply proceedings, cause delay, and prejudice all parties but

12   Biotronik.  KCR Opp'n *passim*, ECF No. 82.  KCR also reported an understanding of Mr.

13   Wilson's positions that contradicted that described by Biotronik.  *Id.* at 2 n.2.

14             The court agrees a consolidated fee hearing schedule will likely prove efficient,

15   but declines to adopt the proposed schedule in light of KCR's opposition and apparent lack of

16   agreement about Mr. Wilson's position.  The court therefore orders as follows:

17             1.  The November 7, 2014 hearing on KCR's motion for reasonable fees is

18   VACATED.

19             2.  Counsel for Biotronik, KCR, and Mr. Wilson are ordered to meet and confer

20   and file a jointly proposed consolidated hearing schedule no later than November 7, 2014.  In

21   the alternative, if the parties cannot reach agreement, they shall file individual proposed

22   schedules by the same date.

23             IT IS SO ORDERED.

24   DATED: October 28, 2014.

25

26                                         _____
                                           UNITED STATES DISTRICT JUDGE

27                                                        2