**NASSIRI & JUNG LLP**
KENNETH M. WALCZAK (247389)
ken@njfirm.com
47 Kearny St., Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Relator/Kershaw, Cutter & Ratinoff, LLP

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ARKANSAS, CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, AND WISCONSIN, AND THE DISTRICT OF COLUMBIA, ex rel. JOHN DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>BIOTRONIK, INC. and WESTERN MEDICAL, INC.,<br><br>Defendants. | Case No. 2:09-CV 03617-KJM-EFB<br><br>Magistrate Judge Edmund F. Brennan<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DEFENDANTS' RELEVANT BILLING RECORDS**<br><br>Hearing Date: March 11, 2015<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br><br>Fed. R. Civ. P. 37; E.D. Local Rule 251 |

---

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF BILLING RECORDS**
**Case No. 2:09-CV 03617-KJM-EFB**

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2015, Relator and Relator's counsel Kershaw, Cutter & Ratinoff, LLP will and hereby do move for an order compelling production of Defendant's relevant billing records.

This Motion is based on this Notice of Motion and Motion, the Joint Statement of Discovery Disagreement required by Local Civil Rule 251(c) and all supporting papers, the pleadings and orders on file in this matter, and any oral argument or evidence permitted at any hearing on this Motion.

Date: February 18, 2015                              NASSIRI & JUNG LLP

By: *Kenneth Walczak*
Kenneth M. Walczak
Attorney for Relator/Kershaw, Cutter & Ratinoff, LLP

# MOTION TO COMPEL PRODUCTION OF DEFENDANTS' RELEVANT BILLING RECORDS

Relator's counsel and attorney's fee claimant Kershaw, Cutter & Ratinoff LLP ("KCR") moves to compel records of billing rates, hours billed, and costs paid to Defendants' counsel, all of which are relevant to the ongoing fee dispute between KCR and Defendant Biotronik, Inc. ("Biotronik").

KCR filed its petition for reasonable attorney's fees and costs on September 26, 2014 (Docket No. 80).  Biotronik challenged the reasonableness of the hours, rates, and costs claimed by KCR and by fee claimant Mychal Wilson.  *See* Opposition to Motions for Attorney's Fees, filed 1/9/15 (Docket No. 100), pages 13-38 & 45.

Anticipating that Biotronik would contest the reasonableness of both fee claimants' hours, rates, and costs, KCR served Interrogatories and Requests for Production of Documents on November 18, 2014.  KCR served the requests with a letter to Biotronik's counsel, explaining that one material measure of the reasonableness of hours incurred, billable rates, and costs expended is what was incurred by and paid to defense counsel.  *See McGinnis v. Kentucky Fried Chicken of California*, 51 F.3d 805,809 (9th Cir. 1994) (notable that defendant "spen[t] considerably more money losing than its adversary spent winning"); *Frank Music Corp. v. Metro-Goldwyn-Mayer Inc.*, 886 F.2d 1545, 1557 (9th Cir. 1989) (plaintiff's extensive hours were reasonable to counter defendants' "obstructionist strategy").

On November 12, 2014, fee claimant Mychal Wilson propounded similar requests for production on Biotronik.  Mr. Wilson also sought records of the hours billed, rates charged, and costs assessed by Biotronik's attorneys.

Biotronik refused to produce any documents in response to either set of discovery requests.

The parties met and conferred, as required by Local Civil Rule 251(b), on November 1, 2014 and December 1, 2014.  KCR waited to seek court intervention as a courtesy to opposing counsel, whose family emergency and other scheduling concerns required the extension of time granted by the Court on January 22, 2015.  (Docket No. 108).

KCR files this Motion pursuant to Local Civil Rule 251(a), to notify the Magistrate Judge that a dispute exists concerning production of Defendant's relevant billing records, and to set a hearing for the matter on March 11, 2015.

KCR will work with counsel for the other two parties (Defendant Biotronik and fee claimant Mychal Wilson) to ensure that a Joint Statement is filed with the Court, as required by Local Rule 251(c).

Date: February 18, 2015                                       Respectfully submitted,

                                                              NASSIRI & JUNG LLP

                                                              By: *(signature)*
                                                              Kenneth M. Walczak
                                                              Attorney for Relator/Kershaw, Cutter & Ratinoff, LLP