Mychal Wilson, CA Bar No. 236189
The Law Office of Mychal Wilson
2425 Olympic Blvd., Suite 4000-W
Santa Monica, CA 90404
Telephone: (424) 252-4232
Facsimile: (310) 424-7116
mychal@mychalwilsonesq.com

Attorneys for relator

Jeremy Friedman, CA Bar No. 142659
Attorney at Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510)-530-9060
Facsimile: (510)-530-9087
jlfried@comcast.net

Fees counsel for relator/Mychal Wilson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.*, JOHN DOE, RELATOR <br><br> Plaintiffs, <br><br> v. <br><br> BIOTRONIK, INC., et al. <br><br> Defendants. | Case No. 2: 09-cv-3617 KJM EFB |

## [PROPOSED] ORDER

Pursuant to the *ex parte* application of relator's counsel Mychal Wilson for an order in aid of enforcement of this Court's March 20, 2015, Order (Docket Item No. 124), and for good cause showing, the Court hereby ORDERS as follows:

1.  Forthwith, Biotronik shall produce to relator's counsel the discovery material ordered in this Court's March 20, 2015, Order,;

2.  By Tuesday, April 6, 2015, Biotronik must show cause why the subject discovery, or any portion thereof, deserves protection from disclosure under

Rule 26 of the Federal Rules of Civil Procedure, including any claim that relator must file under seal any exhibits containing the discovery, or any reply brief which addresses the discovery.

3    For a period of five court days, or earlier if the Court determines Biotronik's claim, Mychal Wilson shall keep the subject discovery confidential.

4.    Mychal Wilson shall have until Tuesday, April 13, 2015, at _____ p.m., in which to file a reply to Biotronik's response to this Order.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE