UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ARKANSAS, CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, AND WISCONSIN, AND THE DISTRICT OF COLUMBIA, ex rel. JOHN DOE, Relator, <br><br>Plaintiffs, <br><br>v. <br><br>BIOTRONIK, INC. and WESTERN MEDICAL, INC., <br><br>Defendants. | No. 2:09-cv-3617-KJM-EFB <br><br> ORDER |

This matter was before the court on April 8, 2015, for hearing on relator and his counsel Mychal Wilson's ex parte application for an order of enforcement of the court's March 20, 2015 order. ECF No. 135. Attorney Jeremy Friedman appeared on behalf of the relator and Wilson; attorneys Christopher Myers and Cheryl Feeley appeared on behalf of defendant.[1]

---

[1] Christopher Myers and Cheryl Feeley appeared telephonically.

1

For the reasons stated on the record, the relator and Wilson's motion is denied. Defendant shall produce documents, subject to the protective order issued in this case, as required by the court's March 20, 2015 order by no later than April 10, 2015.

DATED: April 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE